UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



**FILED**
7/28/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

GMC

UNITED STATES OF AMERICA

v.

JACOB FARAJ

Violation: Title 18, United States Code, Section 875(c)

**1:26-cr-00410**
**Judge Elaine E. Bucklo**
**Magistrate Judge Young B. Kim**
**RANDOM / Cat. 7**

The UNITED STATES ATTORNEY charges:

1. At times material to this information:

a. JACOB FARAJ resided in Hoffman Estates, Illinois, and maintained social contact with Individual A, an acquaintance, through text messages and social-media applications.

b. Beginning no later than in or around November 2024 and through in or around January 2025, FARAJ sent repeated communications to Individual A concerning his attempts to create cyanide, a deadly chemical, and claims about how he might use such cyanide.

2. On or about December 22, 2024, at Hoffman Estates, Illinois, in the Northern District of Illinois, Eastern Division, and elsewhere,

JACOB FARAJ,

defendant herein, knowingly transmitted in interstate commerce a communication containing a threat to injure the person of another, namely, a message sent via cellphone to Individual A, with words to the effect of:

> I literally am about to get the components to make a bomb do you have any idea how easy it would be for me to make a hydrogen cyanide bomb? that can detonate from half a football field away? with an untraceable radio signal

and defendant transmitted the communication for the purpose of making a threat, knowing that the communication would be viewed as a threat, and recklessly disregarding a substantial risk that others would regard the communication as a threat;

In violation of Title 18, United States Code, Section 875(c).

/s/ *Andrew S. Boutros* by CKV

UNITED STATES ATTORNEY

2